# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Jigneshkumar Vishnubhai Patel, | ) | C/A No. 24-10764 |
| *Plaintiff,* | ) | **PLAINTIFF'S NOTICE OF** |
| v. | ) | **VOLUNTARY DISMISSAL** |
| Ur Jaddou, et al., | ) |  |
| *Defendants.* | ) |  |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jigneshkumar Vishnubai Patel, by and through his attorney, files this Notice of Voluntary Dismissal of the above-captioned action against all Defendants without prejudice.

Mr. Patel's bona fide determination and connected work authorization have been adjudicated, and Plaintiff has therefore concluded that litigation of the current action is no longer warranted. For this reason, Plaintiff respectfully submits this Notice of Voluntary Dismissal.

Dated: June 11, 2024

/s/ Christina Corbaci
CHRISTINA CORBACI
MA. Bar No. 673764
Corbaci Law, P.C.
10 Tower Office Park, Suite 620
Woburn, MA 01801
Ofc.: (781) 322-8000
Fax.: (617) 902-2691
c.corbaci@corbacilaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Notice of Voluntary Dismissal was filed electronically and is available for viewing and downloading from the ECF system.

Respectfully Submitted,

/s/ Christina Corbaci
CHRISTINA CORBACI
MA. Bar No. 673764
Corbaci Law, P.C.
10 Tower Office Park, Suite 620
Woburn, MA 01801
Ofc.: (781) 322-8000
Fax.: (617) 902-2691
c.corbaci@corbacilaw.com

*Attorney for Plaintiff*